UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| **MacroPoint, LLC,** | ) CASE NO.: 1:15CV1002 |
| Plaintiff, | ) JUDGE PATRICIA A. GAUGHAN |
| vs. | ) |
| **FourKites, Inc.,** | ) JOINT SUBMISSION OF CASE <br> MANAGEMENT CONFERENCE PLAN |
| Defendant. | ) |

Pursuant to the Court's July 10, 2015 Order, Plaintiff MacroPoint, LLC ("MacroPoint") and Defendant FourKites, Inc. ("FourKites") jointly submit the Case Management Conference Plan attached hereto as Exhibit A.  The dates of the Case Management Conference Plan are in compliance with the July 10, 2015 Order of the Court, the Local Patent Rules, and the Federal Rules of Civil Procedure.

Respectfully submitted,   Date:  July 14, 2015

/s/  Risto Pribisich   /s/  Mark Deming (*with permission*)

Risto Pribisich (0081758)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square
Suite 2300
Cleveland OH 44114 2378
(216) 363 4500
(216) 363-4588 (fax)
rpribisich@beneschlaw.com

Timothy J. Coughlin (0019483)
Hope Y. Lu (0091051)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114
Telephone:  (216) 566-5500
Facsimile:  (216) 566-5800
Email: tim.coughlin@thompsonhine.com
Email: hope.lu@thompsonhine.com

*Attorneys for Plaintiff MacroPoint, LLC*

Harold E. Farling (0055891)
Thomas G. Kovach (0047213)
KOVACH & FARLING CO., LPA
925 Leader Building
526 Superior Avenue East
Cleveland, Ohio 44114-1401
(216) 357-3301
(216) 357-3304 (fax)
hfarling@kflpa.com
tkovach@kflpa.com

Adam S. Weiss
AWeiss@Polsinelli.com
Gary E. Hood
GHood@ Polsinelli.com
Mark T. Deming
MDeming@Polsinelli.com
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 819-1900

*Attorneys for Defendant FourKites, Inc.*

**EXHIBIT A**

| Event | Jointly Proposed Date |
|---|---|
| MacroPoint to file its amended complaint | July 24, 2015 |
| FourKites to answer or otherwise plead in response to amended complaint | July 31, 2015 |
| L.P.R. 3.1 & 3.2 - Initial Infringement Contentions and associated Document Production | August 17, 2015 |
| Close of Discovery regarding issue of jurisdiction | September 4, 2015 |
| MacroPoint to file its brief in opposition to FourKites' motion to dismiss | September 15, 2015 |
| L.P.R. 3.3 & 3.4 - Initial Noninfringement Contentions and associated Document Production | September 16, 2015 |
| FourKites to file its reply brief in support of its motion to dismiss | September 29, 2015 |
| L.P.R. 3.5 & 3.6 - Invalidity and Unenforceability Contentions and associated Document Production | October 19, 2015 |
| L.P.R. 4.1(a) - Exchange Initial List of Terms for Construction | November 3, 2015 |
| L.P.R.3.7 - Validity and Enforceability Contentions | November 9, 2015 |
| Exchange of Final List of Terms for Construction - L.P.R. 4.1(c) | November 23, 2015 |
| Telephonic Status Conference | December 1, 2015 |
| L.P.R. 4.2(a) & 4.2(b) - Exchange of Preliminary Claim Construction | December 8, 2015 |
| L.P.R. 4.3(a) - Disclosure of Expert Witness and Report | December 23, 2015 |
| L.P.R. 4.3(b) - Disclosure of Rebuttal Expert Report | January 7, 2016 |
| L.P.R. 4.3(c) - Complete all Depositions of Experts Identified under L.P.R. 4.3 | January 22, 2016 |
| L.P.R. 4.2(c) - Exchange of Final Claim Construction | January 27, 2016 |
| L.P.R. 4.4(a) – Filing of Opening Claim Construction Briefs by both parties | February 11, 2016 |
| L.P.R. 4.4(b) –Filing of Responsive Claim Construction Briefs by both parties | March 14, 2016 |
| L.P.R. 4.5 – Filing of Joint Claim Construction and Prehearing Statement | March 21, 2016 |
| L.P.R. 4.6 - Claim Construction Hearing | Subject to the convenience of Court's calendar |